UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROY WELCH, | No. 2:25-cv-0735 WBS CSK P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On September 23, 2025, the Court screened plaintiff's complaint and granted plaintiff thirty days to elect to proceed on his Eighth Amendment claims against defendants Christensen, Lt. Clay, and Sgt. Beckham, or plaintiff could elect to file an amended complaint to attempt to address the deficiencies identified in the order. (ECF No. 7.) Thirty days passed, and plaintiff did not file a notice of election or an amended complaint. On October 29, 2025, plaintiff signed a request for extension of time, noting that he did not discover he had not received the Court's September 23, 2025 order until October 29, and his request for a copy of the order from CDCR administration went unanswered. (ECF No. 10 at 1.) Plaintiff seeks a 60 day extension of time to file an amended complaint, and asks the Court to order the Mule Creek State Prison mail room to deliver the missing court order.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 10) is granted.

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

3. The Clerk of the Court is directed to send plaintiff a copy of the September 23, 2025 orders (ECF Nos. 7, 8).

Dated: November 6, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/welc0735.36